Edsel Hurwitz, Wayne R. Miller, Thomas F. Steele and Andrew J. Zetts, Jr., Appellants *v.* Centre County Airport Authority and the Pennsylvania State University Board of Trustees of the Pennsylvania State University, Appellees.

Argued September 18, 1981, before Judges ROGERS, WILLIAMS, JR. and PALLADINO, sitting as a panel of three.

*Winifred H. Jones-Wenger,* for appellants.

*John R. Miller, Jr., Miller, Kistler & Campbell, Inc.,* for appellee, Centre County Airport Authority.

*R. Mark Faulkner,* with him *Delbert J. McQuaide, McQuaide, Blasko, Schwartz, Fleming & Faulkner, Inc.,* for appellee, The Pennsylvania State University.

OPINION BY JUDGE PALLADINO, December 30, 1981:

The appellants, Edsel Hurwitz, Wayne R. Miller, Thomas F. Steele, and Andrew J. Zetts, Jr., appeal

here from an order of the Court of Common Pleas of Centre County which denied their petition for injunctive relief, and which affirmed its prior grant of a partial non-suit to The Pennsylvania State University Board of Trustees. We affirm.

Before this Court, the appellants raise the same issues which were presented below and which the court of common pleas addressed and resolved. We have reviewed the record in this case, the relevant statutory provisions, and the case law, and we affirm on the basis of the comprehensive and able opinion of Judge KEITH B. QUIGLEY.

Accordingly, we enter the following

### ORDER

AND Now, December 30, 1981, the order of the Court of Common Pleas of Centre County, docketed to No. 78-2446 in equity, is affirmed.